# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-702-CV

**James Boyd, Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT**
**NO. 212,085-B, HONORABLE RICK MORRIS, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

James Boyd brings this accelerated appeal from a final order terminating his parental rights to his minor children, G.B. and Y.B. Boyd is represented by court-appointed counsel who thoroughly reviewed the record and filed an *Anders* brief concluding that Boyd's appeal is frivolous and without merit. Counsel's brief meets the requirements of *Anders* by presenting a professional evaluation of the record and demonstrating that there are no arguable grounds for appeal. *See Anders v. California*, 386 U.S. 738, 744 (1967); *see also Taylor v. Texas Dep't of Protective & Regulatory Servs.*, 160 S.W.3d 641, 646-47 (Tex. App.—Austin 2005, pet. denied).

Boyd was provided with copies of his counsel's brief and motion to withdraw. He was advised of his right to examine the record and to file a pro se brief. He has not filed a pro se brief or communicated with this Court in any way. Because our review of the record found nothing

that would arguably support an appeal, we agree that the appeal is frivolous and without merit.  We affirm the judgment of the trial court and grant the motion to withdraw as counsel.

_____

                                           W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Waldrop and Henson

Affirmed

Filed:   October 26, 2007